ACCEPTED
15-25-00184-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/12/2025 4:03 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00184-CV IN THE FIFTEENTH COURT OF APPEALS AT AUSTIN, TEXAS SHELLY BATES, Appellant v. DAVID SUZUKI, Appellee APPELLANT'S MOTION TO DISMISS APPEAL TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS: COMES NOW, Appellant, Shelly Bates, and respectfully moves this Court to dismiss her appeal in the above-entitled and numbered cause, and in support thereof would show the Court the following: 1. Appellant filed a notice of appeal in this matter, which is currently pending before this Court. 2. Appellant no longer wishes to pursue this appeal and requests that it be voluntarily dismissed pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). 3. Appellant requests that all appellate deadlines and obligations be terminated and that the Court issue an order dismissing the appeal. PRAYER WHEREFORE, PREMISES CONSIDERED, Appellant, Shelly Bates, respectfully requests that this Court grant this Motion, dismiss this appeal, and issue such further orders as may be necessary to close this case. Respectfully submitted, /s/ Shelly Bates Shelly Bates, Appellant (Pro Se) 775 Bacon Ave Apt 3 Dover, DE 19901 Phone: 302-538-3506 Email: Batesshelly40@gmail.com Date: November 12, 2025 CERTIFICATE OF SERVICE I certify that a true and correct copy of this Motion to Dismiss Appeal was served on David Suzuki [or his attorney, if he has one], on this the 12th day of November, 2025, by [■ email / ■ mail / ■ eFileTexas.gov]. /s/ Shelly Bates Shelly Bates

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/12/2025 4:03:46 PM
CHRISTOPHER A. PRINE
Clerk

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 107974599
Filing Code Description: Motion - Exempt
Filing Description: Motion - Exempt
Status as of 11/12/2025 4:10 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| CAROL PRATER | | SERVE@PRATER-RIDLEYLAW.COM | 11/12/2025 4:03:46 PM | SENT |
| CAREY CASEY | | CCASEYTX@GMAIL.COM | 11/12/2025 4:03:46 PM | SENT |
| KACI BIEBAS | | KACIE@BIEBASANDRILEY.COM | 11/12/2025 4:03:46 PM | SENT |